IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| AARON ALOYA, an Incapacitated Person, through his Guardian, Everlyn Kessel; EVERLYN KESSEL, Individually, and RANDALL ALOYA,<br><br>       Plaintiffs,<br><br>    vs.<br><br>SHOEI SAFETY HELMET CORP., a foreign corporation; SHOEI CO., LTD., a Japanese corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>       Defendants. | CIVIL NO. 14-00534 HG-BMK |

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**FINDINGS AND RECOMMENDATIONS (ECF No. 35)**

Findings and Recommendations having been filed and served on all parties on October 22, 2015, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendations To Grant Plaintiffs' Motion for Determination of Good Faith Settlement (ECF No. 35), are adopted

//

//

//

//

as the opinion and order of this Court.

    IT IS SO ORDERED.

    Dated:   Honolulu, Hawaii, November 23, 2015.



    /s/ Helen Gillmor
Helen Gillmor
United States District Judge